# AIR FORCE TRIAL CALENDAR FOR FEBRUARY 01, 2006  ORIGINAL

UNITED STATES MAGISTRATE KEVIN S. C. CHANG

Page 1

| | Name | CR Num | Atty: | CNT | Cit #/Viol Dt | Violation | Disposition | Fine | SA |
|---|---|---|---|---|---|---|---|---|---|
| T-1) | FORD, KELVIN D. | CR 05-00399 | | | R0123276 H40 10/19/2005 | HRS 286-102 NO LICENSE | Dft present Arm ___ Arm Wvd ___ Pl: a NG ___ NJT ___ Plt 1 Guilty/Adj Guilty ___ Change of Plea? | 30.00 | 5.00 |

PS ISSUED FROM 12/7/05 A & P; PS RETURNED UNDELIVERABLE ON 12/20/05 - REFUSED BY ADRESSEE; CONT AS TRIAL MATTER FROM 1/4/06 A & P

| T-2) | MORRIS, SANDY A. | CR 05-00399 | Atty: | | R2406627 H40 08/05/2005 | 18:USC 1382 TRESPASSING | Dft present Arm ___ Arm Wvd ___ Pl: a NG ___ NJT ___ Guilty/Adj Guilty ___ Change of Plea | Fine 100.00 Fine to be paid by 4/5/06 | 5.00 |

CONT AS TRIAL MATTER FROM 10/5/05 A & P; CONT FROM 11/2/05 TRIALS - DFT IN HOSPITAL ; ORAL MOTION TO CONTINUE GRANTED ; CONT FROM 12/7/05 TRIALS OVER GOVT OBJECTIONS

| T-3) | GUY, SHERMAN JR. | CR 05-00213 | Atty: DONNA GRAY, AFPD | | R0124798 H40 04/17/2005 | DUI PROOF OF COMPLIANCE | Dft not present BW-#N60KCH 100.00 cash | Fine | SA |

CONT AS TRIAL MATTER FROM 6/1/05 A & P; 14 HRS AAEA; 90 DAYS LICENSE SUSPENSION TO RUN CONCURRENT W/ 90 DAY ADMIN LIC SUSP THAT BEGAN ON 5/18/05; FINE: $150.00, SA: $5.00, CONT FROM 7/6/05 TRIALS FOR POC; CONT FROM 1/4/06 POC

Atty: DONNA GRAY, AFPD

APPROVED AND SO ORDERED

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII

FEB 01 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

Dated: 02/01/2006

Magistrate Judge KEVIN S. C. CHANG

APPROVED
SAUSA CAPT. ALEXANDRA O'HANLEY